UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                                  No. 10 Crim. 905 (LTS)

MANUEL RODRIGUEZ-PEREZ et al.,

                Defendants.

-------------------------------------------------------X

### ORDER

        The Clerk of Court is respectfully directed to remove the document docketed as entry no. 222 from the docket in the above-captioned case. The document will be filed under seal and a redacted version will be filed publicly.

        SO ORDERED.

Dated: New York, New York
       December 16, 2010

                                                  LAURA TAYLOR SWAIN
                                                United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: _____  DATE FILED: 16 DEC 2010]

12 16 10.WPD                 VERSION 12-16-10