

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 13 JAN 2011

**By Facsimile And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

## MEMO ENDORSED

Re: <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.,</u>
S12 10 Cr. 905 (LTS)

Dear Judge Swain:

  We write pursuant to the Court's Order, dated January 11, 2011, regarding the conferences in the above-captioned case that had been scheduled for January 12, 2011, and were rescheduled to January 13, 2011 at 12:15 p.m.,[1] and January 14, 2011, at 10:30 a.m. We have also discussed with a member of the Court's staff scheduling conflicts that prevented certain defense attorneys from joining either of the conference dates set in that Order. That staff member stated that the Court would permit those attorneys to attend the conference previously scheduled by the Court for January 21, 2011, at 3:00 p.m.

---

  [1] Please note that while the Court's Order states that the January 13, 2011 conference is at 12:15 p.m., the docket entry for the conference incorrectly reflects a conference time of 2:15 p.m.

Judge Laura Taylor Swain
January 11, 2011
Page 2 of 2

    Accordingly, attached please find sheets containing the names of the defendants and defense counsel, as well as information regarding the defendant's current custody status and whether the defendant requires an interpreter, for conferences scheduled by the Court for January 13, 2011, at 12:15 p.m.; January 14, 2011, at 10:30 a.m.; and January 21, 2011, at 3:00 p.m.

              Respectfully submitted,

              PREET BHARARA
              United States Attorney
              Southern District of New York

      By: *[signature]*
         Amie N. Ely
         Assistant United States Attorney
         (212) 637-2214

Encl.

CC: Defense attorneys scheduled for January 12, 2011 conferences (by email).

*The adjourned conferences will be held as described in this letter and attachments. The Court thanks counsel for their assistance and cooperation in this weather-related rescheduling.*

            SO ORDERED.
          NEW YORK, NY
       Jan 11, 2011 LAURA TAYLOR SWAIN
            UNITED STATES DISTRICT JUDGE

## Jan. 13, 2011, 12:15 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|
| Burke, Kareem | Joseph Aaron Bondy | N | N |
| Falcon, Javier | Paul Madden | Y | Y |
| Leonardo, Francisco | Toni Messina | Y | Y |
| Luciano, Luis | David Touger | N | Y |
| Martinez, Michael | Howard Jacobs | N | N |
| Valdez, Daniel | Peter S. Smith | N | Y |

## Jan. 14, 2011, 10:30 a.m. Conference:
## U.S. v. <u>Manuel Rodriguez-Perez, et al.</u>, S12 10 Cr. 905 (LTS)

| Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|
| Jimenez-Perez, Richard | M. Suzette Rivera | Y | Y |
| Herrera, Isidro | Ryan Blanch | N | Y |
| Paulino-Gomez, Deyanira | Rudy Velez | Y | Y |
| Pena, Ariel | Salvatore Marinello | N | Y |
| Pimentel, Miriam | Jeremy Schneider | Y | Y |
| Rodriguez, Jose. A | Dan Nobel | Y | Y |
| Rojas, Andres | Mark Cohen | Y | Y |

## Jan. 21, 2011, 3 p.m. Conference:

### U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|
| Cerda, Miguel | David J Goldstein | N | N |
| Jimenez, Estalin | Luis O. Diaz | Y | N |
| Leonardo Ramirez, Julio Cesar | David Wikstrom | Y | N |
| Lopez, Jimmy | Daniel J. Welsh | N | Y |
| Matos, Abel | Louis Freeman | N | N |
| Matos, Nelson | Victor Jose Molina, Jr | Y | N |
| Ramirez, Emmanuel | Donna Newman | N | Y |
| Raposo, Leticia | Irwin Lichter | Y | N |
| Reyes, Michael Angelo | Patrick J. Brackley | N | N |
| Rodriguez, Manuel | Richard Levitt/ Nicolas Kaiser | Y | Y |
| Stang, Matthew | David Holland/ Michael Kennedy | N | N |