

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2011

**By Hand**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

        Re:    <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.</u>
                 S12 10 Cr. 905 (LTS)

Dear Judge Swain:

        We write in response to the Court's request for an update about the status of discovery in the Metropolitan Correction Center ("MCC") and the Metropolitan Detention Center ("MDC"). We have communicated with Bureau of Prison ("BOP") legal counsel at both institutions, and we summarize below the information that they have provided.

### I. Status Of Hard Drives

        As we represented at the conferences in the above-captioned case, we have provided hard drives, which contain the same files as the hard drives provided to counsel, to both MCC and MDC, along with a list of the inmates in the case who are incarcerated in each institution. Counsel at MCC has informed us that the hard drives are available for the inmates to view in the prison library. Counsel at MDC has informed us that she expects that the hard drives will be in the prison libraries by next week.

        To access the hard drives, an inmate should request, at the prison library, to view the hard drive in <u>United States</u> v. <u>Rodriguez</u>, and should provide his or her name.

### II. Number Of Computers At Each Institution

        We are informed that the BOP currently has the following computers for inmate use:

- MCC:
  - Law library: 7-8 computers

- Attorney conference room: 1 computer

- MDC:
  - West law library: 3-4 computers
  - West visiting room: 3 computers
  - East law library: 5 computers
  - East visiting room: 3 computers

### III. Defense Counsel May Provide Copies Of Discovery To Their Clients

Prison counsel have advised us that defense attorneys may mail discs and/or paper copies of discovery to their clients, and that the inmates will be able to keep that discovery in their cells and use the above-referenced computers to view the discovery on the discs.

### IV. Defendants May Request Additional Time To View Discovery In The Library

Prison counsel have advised us that an inmate may request, in writing, additional time to view discovery from the education department. We encourage defense counsel to advise their clients of this procedure if additional time to review discovery is required.

### V. Defense Counsel May Review Discovery With Incarcerated Defendants

Prison counsel have advised us that there are computers for attorneys to use to review discovery with their clients in the prison visiting rooms. Defense counsel may bring in discs that contain the subset of discovery they wish to review on those BOP computers. Defense counsel may not bring in their own laptops, and may not bring a hard drive.

We encourage defense counsel to let us know if their clients experience any difficulties accessing the hard drives at either institution.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Amie N. Ely/ Daniel P. Chung/
Sarah E. McCallum/ Michael Lockard
Assistant United States Attorneys
(212) 637-2214/2417/1033/2193

CC: All defense counsel (via email)