

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 31, 2011

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 2 FEB 2011

      Re:    United States v. Manuel Geovanny Rodriguez-Perez, et al.,
              S12 10 Cr. 905 (LTS)

Dear Judge Swain:

        We write pursuant to the Court's request to set forth the schedule for the March 2011 pretrial conferences in the above-captioned case. Accordingly, attached please find sheets containing the names of the defendants and of current defense counsel, as well as information regarding each defendant's current custody status and whether each defendant requires an interpreter, for conferences scheduled by the Court for March 22, 2011, at 12:30 p.m.; March 22, 2011, at 4:30 p.m.; March 23, 2011, at 12:30 p.m.; March 23, 2011, at 4:30 p.m.; and March 24, 2011, at 4:30 p.m.

                                  Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney
                                  Southern District of New York

                    By:    _____
                           Amie N. Ely
                           Assistant United States Attorney
                           (212) 637-2214

Encl.

CC:    All defense attorneys (by email).

## March 22, 2011, 12:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Betancourt, Jose | Peter Raben | N | N |
| 2  | Cerda, Miguel | Barry Weinstein | N | N |
| 3  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 4  | Fernandez, Daniel | David Raben | N | N |
| 5  | Herrera, Edwing | James Roth | N | Y |
| 6  | Mena-Hernandez, Idael | Hector Flores/ William Barzee | Y | N |
| 7  | Mena-Sifonte, Arturo | Allan Haber | Y | Y |
| 8  | Sanchez, Jesus | Jonathan Marks | N | Y |
| 9  | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |
| 10 | Vasquez-Perez, Osmel | Frank J. Gaviria | Y | N |

## March 22, 2011, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Castillo, Jenny | Gary Villanueva | N | N |
| 2  | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 3  | Delgado, William | Mark Harris | Y | Y |
| 4  | Matos, Nelson | Ernest Hammer | Y | N |
| 5  | Nunez, Erick | Michael Gilbert | N | Y |
| 6  | Pacheco-Valdez, Franklin | Andres Aranda | Y | N |
| 7  | Perez, Leodis | Paul McAllister | N | N |
| 8  | Pimentel, Ricardo | Sean Maher | N | Y |
| 9  | Rodriguez, Oscar | Kenneth Paul | Y | N |
| 10 | Simpson, Jerome | Bruce Kaye | N | N |

March 23, 2011, 12:30 p.m. Conference:
U.S. v. <u>Manuel Rodriguez-Perez</u>, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Garcia, Alfonso | Richard Wojszwilo | N | N |
| 2  | Gutierrez, Klevi | Sam Talkin | N | Y |
| 3  | Jimenez-Padilla, Ricardo | Elizabeth Fink | N | N |
| 4  | Locier, Andy | Scott Tulman | N | N |
| 5  | Martinez, Robert | Kelley Sharkey | N | N |
| 6  | Perez, Jose Ramon | David Goldstein | Y | Y |
| 7  | Quezada, Victor | Anthony Ricco | N | Y |
| 8  | Raposo, Leticia | Irwin Lichter | Y | N |
| 9  | Rivera, Edwin | Paul Brenner | N | N |
| 10 | Santiago, Matthew | Alberto Ebanks | N | N |
| 11 | Vizcaino, Christopher | Javier Damien | N | Y |

## March 23, 2011, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|---|---|---|---|
| 1  | Burke, Kareem | Joseph Aaron Bondy | N | N |
| 2  | Falcon, Javier | Donald duBoulay | Y | Y |
| 3  | Jimenez-Perez, Richard | M. Suzette Rivera | Y | Y |
| 4  | Leonardo-Ramirez, Julio | David Wikstrom | Y | N |
| 5  | Luciano, Luis | David Touger | N | Y |
| 6  | Martinez, Michael | Howard Jacobs | N | N |
| 7  | Pena, Ariel | Salvatore Marinello | N | Y |
| 8  | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 9  | Ramirez, Emmanuel | Donna Newman | N | Y |
| 10 | Rojas, Andres | Mark Cohen | Y | Y |

March 24, 2011, 4:30 p.m. Conference:
U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Herrera, Isidro | Ryan Blanch | N | Y |
| 2 | Jimenez, Estalin | Luis O. Diaz | Y | N |
| 3 | Leonardo, Francisco | Toni Messina | Y | Y |
| 4 | Lopez, Jimmy | Daniel Welsh | N | Y |
| 5 | Matos, Abel | Louis Freeman | N | N |
| 6 | Paulino-Gomez, Deyanira | Rudy Velez | Y | Y |
| 7 | Reyes, Michael Angelo | Patrick J. Brackley | N | N |
| 8 | Rodriguez, Jose A. | Dan Nobel | Y | Y |
| 9 | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 10 | Stang, Matthew | David Holland/Michael Kennedy | N | N |
| 11 | Valdez, Daniel | Peter S. Smith | N | Y |