UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

MANUEL GEOVANNY RODRIGUEZ-PEREZ
et al.,

    Defendants.

-------------------------------------------------------x

No. 10 Cr. 905 (LTS)

## ORDER

The Clerk of Court is respectfully directed to unseal the documents docketed at document entry nos. 323 and 338.

SO ORDERED.

Dated: New York, New York
      February 17, 2011

LAURA TAYLOR SWAIN
United States District Judge

02 17 11 UNSEAL.WPD    VERSION 2/17/11