```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :   GOVERNMENT'S FOURTH
                                        FORFEITURE BILL OF
                                    :   PARTICULARS
          - v. -                        21 U.S.C. § 853
                                    :
MANUEL GEOVANNY RODRIGUEZ-PEREZ,
   a/k/a "Manny,"                   :
   a/k/a "Shorty,"                      S12 10 Cr. 905 (LTS)
   a/k/a "Andres Garcia,"           :
JOSE BETANCOURT,
KAREEM BURKE,                       :
   a/k/a "Biggs,"
JENNY CASTILLO,                     :
MIGUEL CERDA,
   a/k/a "Manganzon,"               :
ROSEMARY DEJESUS,
   a/k/a "Rosy,"                    :
WILLIAM ALCIBIO DELGADO,
   a/k/a "Mejor,"                   :
EDGAR ENCARNACION-LAFONTAINE,
   a/k/a "Tapon,"                   :
JAVIER FALCON
DANIEL FERNANDEZ,                   :
ALFONSO GARCIA,
   a/k/a "Fonse,"                   :
   a/k/a "Fonz,"
KLEVI GUTIERREZ,                    :
   a/k/a "Black,"
EDWING ALBERTO HERRERA,             :
   a/k/a "Edwin Alberto Herrera,"
   a/k/a "Shampoo,"                 :
ISIDRO ESMELIN HERRERA,
ESTALIN JIMENEZ,                    :
   a/k/a "Stalin,"
   a/k/a "Moyi,"                    :
RICARDO JIMENEZ-PADILLA,
   a/k/a "Gordo,"                   :
RICHARD JIMENEZ-PEREZ,
   a/k/a "Milton Delgado,"          :
   a/k/a "Javier Ramirez-Santiago,"
JULIO CESAR LEONARDO RAMIREZ,       :
FRANCISCO LEONARDO,
   a/k/a "Chico,"                   :
ANDY LOCIER,
JIMMY LOPEZ,                        :
   a/k/a "Chuck,"
LUIS ANTONIO LUCIANO,               :
```

```
       a/k/a "Louis Luciano,"
       a/k/a "Lucky,"                              :
MICHAEL MARTINEZ,
       a/k/a "Miguel Doleo,"                       :
ROBERT MARTINEZ,
ABEL MATOS,                                        :
       a/k/a "Viejo,"
NELSON AUGUSTO MATOS,                              :
IDAEL MENA-HERNANDEZ,
       a/k/a "Fidel,"                              :
ARTURO MENA-SIFONTE,
       a/k/a "La Vieja,"                           :
ERICK FULGENICO NUNEZ,
       a/k/a "Mongolico,"                          :
       a/k/a "Eddie,"
FRANKLIN MANUEL PACHECO-VALDEZ,                    :
DEYANIRA PAULINO-GOMEZ,
       a/k/a "Maritza Alvarez-Cruz,"               :
ARIEL PENA,
       a/k/a "Bin,"                                :
       a/k/a "Vin,"
JOSE RAMON PEREZ,                                  :
LEODIS PEREZ,
       a/k/a "Leodi,"                              :
MIRIAM PIMENTEL,
RICARDO PIMENTEL,                                  :
       a/k/a "Richardo Pimentel,"
       a/k/a "Zook,"                               :
       a/k/a "Scarface,"
VICTOR QUEZADA,                                    :
       a/k/a "Jose Hiram Quintero-Callejas,"
EMMANUEL RAMIREZ,                                  :
       a/k/a "Titi,"
LETICIA RAPOSO,                                    :
       a/k/a "La Rubia,"
MICHAEL ANGELO REYES,                              :
       a/k/a "Kiki,"
EDWIN RIVERA,                                      :
       a/k/a "Papote,"
JOSE A. RODRIGUEZ,                                 :
       a/k/a "Viejo,"
OSCAR RODRIGUEZ,                                   :
       a/k/a "Chang,"
       a/k/a "Chan,"                               :
ANDRES ROJAS,
       a/k/a "Conejo,"                             :
JESUS SANCHEZ,
```

2

```
ADEL SANTANA-ZAMORA,                    :
   a/k/a "Adel Santana,"
MATTHEW SANTIAGO,                       :
   a/k/a "Dirt,"
MATTHEW WOODSTOCK STANG,"               :
   a/k/a "Magazine Guy,"
JEROME SIMPSON,                         :
   a/k/a "Suburban,"
DANIEL VALDEZ,                          :
OMEL VAZQUEZ-PEREZ,
   a/k/a "Come Pizza,"                  :
   a/k/a "Omel,"
CHRISTOPHER VIZCAINO,                   :
   a/k/a "Christopher Viscaino,"
   a/k/a "Chuch,"                       :
   a/k/a "Pechucho,"
   a/k/a "Pechuch,"                     :

                  Defendants.           :
- - - - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offenses described in Count One through Four and Eight of the Indictment, as alleged in the Forfeiture Allegations, also includes but is not limited to the following:

One 2010 BMW 750LI, VIN# WBAKC8C56ACY68281.

Dated:   New York, New York
         March 11, 2011

                              Respectfully Submitted,

                              PREET BHARARA
                              United States Attorney

                    By:       /s/ Michael D. Lockard
                              _____
                              MICHAEL D. LOCKARD
                              Assistant United States Attorney
                              Telephone: (212) 637-2193

3

AFFIDAVIT OF SERVICE

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Preet Bharara, United States Attorney for the Southern District of New York.

On March 14, 2011, I caused to be served, in the case of U.S. v. Manuel Geovanny Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS), the following document via Clerk's Notice of Electronic Filing upon the attorneys who are Filing Users in this case:

> Government's Fourth Forfeiture Bill of Particulars, dated March 11, 2011

and by certified mail to:

> BMW Financial Services
> 5550 Britton Parkway
> Hilliard Ohio 43026-7456
> Attn.: Tiffany Wood
>
> Norycely Correa
> 26 Bergen Ridge Road, #2
> Bergen, NJ 07047

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   March 14, 2011
               New York, New York

_Corinne L. Scalogna_
CORINNE L. SCALOGNA