DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 MAR 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                :

UNITED STATES OF AMERICA           ORDER PURSUANT TO
                                :     21 U.S.C. § 853(e)
       - v. -

MANUEL GEOVANNY RODRIGUEZ-PEREZ,      S12 10 Cr. 905 (LTS)
  a/k/a "Manny,"
  a/k/a "Shorty,"
  a/k/a "Andres Garcia,"
JOSE BETANCOURT,
KAREEM BURKE,
  a/k/a "Biggs,"
JENNY CASTILLO,
MIGUEL CERDA,
  a/k/a "Manganzon,"
ROSEMARY DEJESUS,
  a/k/a "Rosy,"
WILLIAM ALCIBIO DELGADO,
  a/k/a "Mejor,"
EDGAR ENCARNACION-LAFONTAINE,
  a/k/a "Tapon,"
JAVIER FALCON,
DANIEL FERNANDEZ,
ALFONSO GARCIA,
  a/k/a "Fonse,"
  a/k/a "Fonz,"
KLEVI GUTIERREZ,
  a/k/a "Black,"
EDWING ALBERTO HERRERA,
  a/k/a "Edwin Alberto Herrera,"
  a/k/a "Shampoo,"
ISIDRO ESMELIN HERRERA,
ESTALIN JIMENEZ,
  a/k/a "Stalin,"
  a/k/a "Moyi,"
RICARDO JIMENEZ-PADILLA,
  a/k/a "Gordo,"
RICHARD JIMENEZ-PEREZ,
  a/k/a "Milton Delgado,"
  a/k/a "Javier Ramirez-Santiago,"
JULIO CESAR LEONARDO RAMIREZ,
FRANCISCO LEONARDO,
  a/k/a "Chico,"
ANDY LOCIER,
JIMMY LOPEZ,
  a/k/a "Chuck,"
LUIS ANTONIO LUCIANO,

```
   a/k/a "Louis Luciano,"
   a/k/a "Lucky,"                              :
MICHAEL MARTINEZ,
   a/k/a "Miguel Doleo,"                       :
ROBERT MARTINEZ,
ABEL MATOS,                                    :
   a/k/a "Viejo,"
NELSON AUGUSTO MATOS,                          :
IDAEL MENA-HERNANDEZ,
   a/k/a "Fidel,"                              :
ARTURO MENA-SIFONTE,
   a/k/a "La Vieja,"                           :
ERICK FULGENICO NUNEZ,
   a/k/a "Mongolico,"                          :
   a/k/a "Eddie,"
FRANKLIN MANUEL PACHECO-VALDEZ,                :
DEYANIRA PAULINO-GOMEZ,
   a/k/a "Maritza Alvarez-Cruz,"               :
ARIEL PENA,
   a/k/a "Bin,"                                :
   a/k/a "Vin,"
JOSE RAMON PEREZ,                              :
LEODIS PEREZ,
   a/k/a "Leodi,"                              :
MIRIAM PIMENTEL,
RICARDO PIMENTEL,                              :
   a/k/a "Richardo Pimentel,"
   a/k/a "Zook,"                               :
   a/k/a "Scarface,"
VICTOR QUEZADA,                                :
   a/k/a "Jose Hiram Quintero-Callejas,"
EMMANUEL RAMIREZ,                              :
   a/k/a "Titi,"
LETICIA RAPOSO,                                :
   a/k/a "La Rubia,"
MICHAEL ANGELO REYES,                          :
   a/k/a "Kiki,"
EDWIN RIVERA,                                  :
   a/k/a "Papote,"
JOSE A. RODRIGUEZ,                             :
   a/k/a "Viejo,"
OSCAR RODRIGUEZ,                               :
   a/k/a "Chang,"
   a/k/a "Chan,"                               :
ANDRES ROJAS,
   a/k/a "Conejo,"                             :
JESUS SANCHEZ,
```

```
ADEL SANTANA-ZAMORA,                        :
  a/k/a "Adel Santana,"
MATTHEW SANTIAGO,                           :
  a/k/a "Dirt,"
MATTHEW WOODSTOCK STANG,"                   :
  a/k/a "Magazine Guy,"
JEROME SIMPSON,                             :
  a/k/a "Suburban,"
DANIEL VALDEZ,                              :
OMEL VAZQUEZ-PEREZ,
  a/k/a "Come Pizza,"                       :
  a/k/a "Omel,"
CHRISTOPHER VIZCAINO,                       :
  a/k/a "Christopher Viscaino,"
  a/k/a "Chuch,"                            :
  a/k/a "Pechucho,"
  a/k/a "Pechuch,"                          :

                    Defendants.             :

- - - - - - - - - - - - - - - - - - - - -x
```

WHEREAS, the Government has moved for an Order authorizing the Government and its agencies to maintain custody of the property described below pending the conclusion of the above-referenced criminal case:

        One 2010 BMW 750LI, VIN# WBAKC8C56ACY68281, (the "Seized Asset");

WHEREAS, the Seized Asset is already in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Seized Asset throughout the pending criminal case so that it will be available for forfeiture;

WHEREAS, the Seized Asset is alleged to be forfeitable to United States as property involved in illegal narcotics

trafficking pursuant to Title 21, United States Code, Section 853; and

WHEREAS, Section 853(e)(1) of Title 21, United States Code, authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Department of Homeland Security, U.S. Immigrations and Customs Enforcement, and/or U.S. Customs and Border Protection, are authorized to maintain and preserve the Seized Asset until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

Dated:  New York, New York
        March 14, 2011

                                        SO ORDERED:

                                        _____
                                        HONORABLE LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

4