UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-                                                                 No. 10 Cr. 905 (LTS)

MANUEL GEOVANNY RODRIGUEZ-PEREZ
et al.,

   Defendants.

-------------------------------------------------------x

## ORDER

Hearings pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982), will be held as to Defendants Jose Ramon Perez and Miguel Cerda on **Tuesday, March 22, 2011, at 3:30 p.m.**, and as to Defendant Daniel Valdez on **Tuesday, March 22, 2011, at 4:00 p.m.** The Government is directed to provide, with respect to each hearing, a letter setting forth its view of any conflict with respect to these Defendants' legal representation and any questions it wishes the Court to pose to the Defendants by **March 18, 2011**.

SO ORDERED.

Dated: New York, New York
       March 16, 2011

                                                              _____
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge