UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                :
UNITED STATES OF AMERICA,        :        S12 10 Cr. 905 (LTS)
                                                :        <u>Electronically Filed</u>
       – against –                           :
                                                :        NOTICE OF APPEARANCE
DANIEL VALDEZ,                        :        AND REQUEST FOR
                                                :        ELECTRONIC NOTIFICATION
              Defendant.               :
                                                :
--------------------------------------------------------x

     Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of DANIEL VALDEZ and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated: New York, New York
      April 27, 2011

        Respectfully submitted,

        /s/Joshua L. Dratel
        Joshua L. Dratel
        DRATEL & MYSLIWIEC, P.C.
        2 Wall Street, 3rd Floor
        New York, New York 10005
        (212) 732-0707
        jdratel@joshuadratel.com

        *Attorney for Defendant Daniel Valdez*

   – Of Counsel –

Joshua L. Dratel