UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

DANIEL VALDEZ (51),

           Defendant.

-------------------------------------------------------------X

No. 10 Crim. 905 (LTS)

**ORDER**

    Peter S. Smith is relieved as retained counsel for the defendant. The defendant in the above-captioned matter is now represented by CJA counsel, Joshua L. Dratel. The Government's motion to disqualify Peter S. Smith from representing Defendant Daniel Valdez is denied as moot. This order resolves docket entry no. 400.

Dated: New York, New York
       April 27, 2011

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 APR 2011