

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 JUN 2011

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

# MEMO ENDORSED

Re:   <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.,</u>
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

We write pursuant to the Court's request to set forth the schedule for the September 2011 pretrial conferences in the above-captioned case. Accordingly, attached please find sheets containing the names of the defendants and of current defense counsel, as well as information regarding each defendant's current custody status and whether each defendant requires an interpreter, for conferences scheduled by the Court for September 20, 2011, at 11:00 a.m.; September 20, 2011 at 3:00 p.m.; September 21, 2011, at 11:00 a.m.; and September 21, 2011, at 3:30 p.m.

*Conferences and attendance are hereby scheduled as set forth in the attachments to this endorsed order.*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:  /s _____
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

SO ORDERED.
NEW YORK, NY
June 24, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Encl.

CC:   All defense attorneys whose clients have not entered pleas (by email).

## Sept. 20, 2011, 11:00 a.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Betancourt, Jose | Peter Raben | N | N |
| 2 | Burke, Kareem | Joseph Aaron Bondy | N | N |
| 3 | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 4 | Delgado, William | Mark Harris | Y | N |
| 5 | Fernandez, Daniel | David Raben | N | N |
| 6 | Garcia, Alfonso | Richard Wojszwilo | N | N |
| 7 | Jimenez, Estalin | Luis Diaz | Y | N |
| 8 | Matos, Abel | Lou Freeman | N | N |
| 9 | Rodriguez, Oscar | Christopher Booth | Y | N |
| 10 | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |
| 11 | Simpson, Jerome | Bruce Kaye | N | N |
| 12 | Vizcaino, Christopher | Javier Damien | N | Y |

**Sept. 20, 2011, 3:00 p.m. Conference:**
**U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)**

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Cerda, Miguel | Barry Weinstein | N | N |
| 2  | Gutierrez, Klevi | Sam Talkin | N | Y |
| 3  | Herrera, Edwing | James Roth | N | Y |
| 4  | Herrera, Isidro | Ryan Blanch/ Ed McQuat | N | Y |
| 5  | Jimenez-Padilla, Ricardo | Elizabeth Fink | N | N |
| 6  | Martinez, Robert | Kelley Sharkey | N | N |
| 7  | Perez, Jose | Scott Brettschneider | Y | Y |
| 8  | Quezada, Victor | Anthony Ricco | N | Y |
| 9  | Raposo, Leticia | Irwin Lichter | Y | N |
| 10 | Reyes, Michael Angelo | Patrick Brackley | N | N |
| 11 | Rojas, Andres | Mark Cohen | Y | Y |
| 12 | Valdez, Daniel | Joshua Dratel | N | Y |

Sept. 21, 2011, 11:00 a.m. Conference:
U.S. v. <u>Manuel Rodriguez-Perez, et al.</u>, S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Falcon, Javier | Don Duboulay | Y | Y |
| 2  | Jimenez-Perez, Richard | M. Suzette Rivera | Y | Y |
| 3  | Leonardo, Francisco | Toni Messina | Y | Y |
| 4  | Leonardo-Ramirez, Julio | David Wikstrom | Y | N |
| 5  | Luciano, Luis | David Touger | N | Y |
| 6  | Matos, Nelson | Ernest Hammer | Y | N |
| 7  | Nunez, Erick | Michael Gilbert | N | Y |
| 8  | Pacheco-Valdez, Franklin | Andres Aranda | Y | N |
| 9  | Pena, Ariel | Salvatore Marinello | N | Y |
| 10 | Perez, Leodis | Paul McAllister | N | N |
| 11 | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 12 | | | | |

## Sept. 21, 2011, 3:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Castillo, Jenny | Gary Villanueva | N | N |
| 2  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 3  | Lopez, Jimmy | Daniel Welsh | N | Y |
| 4  | Locier, Andy | Scott Tulman | N | N |
| 5  | Martinez, Michael | Howard Jacobs | N | N |
| 6  | Mena-Hernandez, Idael | Hector Flores/ William Barzee | Y | N |
| 7  | Pimentel, Ricardo | Sean Maher | N | Y |
| 8  | Rivera, Edwin | Paul Brenner | N | N |
| 9  | Rodriguez, Jose | Dan Nobel | Y | Y |
| 10 | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 11 | Sanchez, Jesus | Jonathan Marks | N | Y |
| 12 | Stang, Matthew | Marvin Schechter | N | N |