

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2011

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.</u>,
S12 10 Cr. 905 (LTS)

Dear Judge Swain:

We write pursuant to the Court's request to set forth the schedule for the December 2011 pretrial conferences in the above-captioned case. Accordingly, attached please find sheets containing the names of the defendants and of current defense counsel, as well as information regarding each defendant's current custody status and whether each defendant requires an interpreter, for conferences scheduled by the Court for December 19, 2011, at 12:30 p.m.; December 19, 2011, at 4:30 p.m.; December 20, 2011, at 12:30 p.m.; and December 21, 20111, at 4:30 p.m.

The timing and expected attendance at the conferences will be as set forth in the schedules attached to this endorsed order.

SO ORDERED.
NEW YORK, NY
Oct 4, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: Amie N. Ely
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

Encl.

CC: All defense attorneys (by email).

## December 19, 2011, 12:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Burke, Kareem | Joseph Aaron Bondy | N | N |
| 2  | Cerda, Miguel | Barry Weinstein | N | N |
| 3  | Gutierrez, Klevi | Sam Talkin | N | Y |
| 4  | Herrera, Edwing | James Roth | N | Y |
| 5  | Herrera, Isidro | Ryan Blanch/ Ed McQuat | N | Y |
| 6  | Luciano, Luis | David Touger | N | Y |
| 7  | Perez, Jose | Scott Brettschneider | Y | Y |
| 8  | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 9  | Quezada, Victor | Anthony Ricco | N | Y |
| 10 | Reyes, Michael Angelo | Patrick Brackley | N | N |
| 11 | Rojas, Andres | Mark Cohen | Y | Y |
| 12 | Sanchez, Jesus | Jonathan Marks | N | Y |

## December 19, 2011, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| # | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 2 | Garcia, Alfonso | Richard Wojszwilo | N | N |
| 3 | Jimenez, Estalin | Luis Diaz | Y | N |
| 4 | Jimenez-Padilla, Ricardo | Elizabeth Fink | N | N |
| 5 | Leonardo, Francisco | Toni Messina | Y | Y |
| 6 | Matos, Abel | Lou Freeman | N | N |
| 7 | Martinez, Robert | Kelley Sharkey | N | N |
| 8 | Mena-Hernandez, Idael | Hector Flores | Y | N |
| 9 | Nunez, Erick | Michael Gilbert | N | Y |
| 10 | Rivera, Edwin | Paul Brenner | N | N |
| 11 | Rodriguez, Oscar | Christopher Booth | Y | N |
| 12 | Simpson, Jerome | Bruce Kaye | N | N |
| 13 | Stang, Matthew | Marvin Schechter | N | N |

## December 20, 2011, 12:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Betancourt, Jose | Peter Raben | N | N |
| 2  | Castillo, Jenny | Gary Villanueva | N | N |
| 3  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 4  | Falcon, Javier | Don Duboulay | Y | Y |
| 5  | Fernandez, Daniel | David Raben | N | N |
| 6  | Martinez, Michael | Howard Jacobs | N | N |
| 7  | Matos, Nelson | Ernest Hammer | Y | N |
| 8  | Pena, Ariel | Salvatore Marinello | N | Y |
| 9  | Perez, Leodis | Paul McAllister | N | N |
| 10 | Pimentel, Ricardo | Sean Maher | N | Y |
| 11 | Valdez, Daniel | Joshua Dratel | N | Y |
| 12 |  |  |  |  |

## December 21, 2011, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant            | Counsel                | Interpreter Needed? | In Custody? |
|----|----------------------|------------------------|---------------------|-------------|
| 1  | Locier, Andy         | Scott Tulman           | N                   | N           |
| 2  | Lopez, Jimmy         | Daniel Welsh           | N                   | Y           |
| 3  | Rodriguez, Jose      | Dan Nobel              | Y                   | Y           |
| 4  | Rodriguez, Manuel    | Richard Levitt         | Y                   | Y           |
| 5  | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y                   | N           |
| 6  |                      |                        |                     |             |
| 7  |                      |                        |                     |             |
| 8  |                      |                        |                     |             |
| 9  |                      |                        |                     |             |
| 10 |                      |                        |                     |             |
| 11 |                      |                        |                     |             |
| 12 |                      |                        |                     |             |