```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA              :    GOVERNMENT'S SIXTH
                                           FORFEITURE BILL OF
                                      :    PARTICULARS
          - v. -                           21 U.S.C. § 853
                                      :
MANUEL GEOVANNY RODRIGUEZ-PEREZ,
   a/k/a "Manny,"                     :
   a/k/a "Shorty,"                         S12 10 Cr. 905 (LTS)
   a/k/a "Andres Garcia,"             :
JOSE BETANCOURT,
KAREEM BURKE,                         :
   a/k/a "Biggs,"
JENNY CASTILLO,                       :
MIGUEL CERDA,
   a/k/a "Manganzon,"                 :
ROSEMARY DEJESUS,
   a/k/a "Rosy,"                      :
WILLIAM ALCIBIO DELGADO,
   a/k/a "Mejor,"                     :
EDGAR ENCARNACION-LAFONTAINE,
   a/k/a "Tapon,"                     :
JAVIER FALCON
DANIEL FERNANDEZ,                     :
ALFONSO GARCIA,
   a/k/a "Fonse,"                     :
   a/k/a "Fonz,"
KLEVI GUTIERREZ,                      :
   a/k/a "Black,"
EDWING ALBERTO HERRERA,                :
   a/k/a "Edwin Alberto Herrera,"
   a/k/a "Shampoo,"                   :
ISIDRO ESMELIN HERRERA,
ESTALIN JIMENEZ,                      :
   a/k/a "Stalin,"
   a/k/a "Moyi,"                      :
RICARDO JIMENEZ-PADILLA,
   a/k/a "Gordo,"                     :
RICHARD JIMENEZ-PEREZ,
   a/k/a "Milton Delgado,"            :
   a/k/a "Javier Ramirez-Santiago,"
JULIO CESAR LEONARDO RAMIREZ,         :
FRANCISCO LEONARDO,
   a/k/a "Chico,"                     :
ANDY LOCIER,
JIMMY LOPEZ,                          :
   a/k/a "Chuck,"
LUIS ANTONIO LUCIANO,                 :
```

```
      a/k/a "Louis Luciano,"
      a/k/a "Lucky,"                    :
MICHAEL MARTINEZ,
      a/k/a "Miguel Doleo,"             :
ROBERT MARTINEZ,
ABEL MATOS,                             :
      a/k/a "Viejo,"
NELSON AUGUSTO MATOS,                   :
IDAEL MENA-HERNANDEZ,
      a/k/a "Fidel,"                    :
ARTURO MENA-SIFONTE,
      a/k/a "La Vieja,"                 :
ERICK FULGENICO NUNEZ,
      a/k/a "Mongolico,"                :
      a/k/a "Eddie,"
FRANKLIN MANUEL PACHECO-VALDEZ,         :
DEYANIRA PAULINO-GOMEZ,
      a/k/a "Maritza Alvarez-Cruz,"     :
ARIEL PENA,
      a/k/a "Bin,"                      :
      a/k/a "Vin,"
JOSE RAMON PEREZ,                       :
LEODIS PEREZ,
      a/k/a "Leodi,"                    :
MIRIAM PIMENTEL,
RICARDO PIMENTEL,                       :
      a/k/a "Richardo Pimentel,"
      a/k/a "Zook,"                     :
      a/k/a "Scarface,"
VICTOR QUEZADA,                         :
      a/k/a "Jose Hiram Quintero-Callejas,"
EMMANUEL RAMIREZ,                       :
      a/k/a "Titi,"
LETICIA RAPOSO,                         :
      a/k/a "La Rubia,"
MICHAEL ANGELO REYES,                   :
      a/k/a "Kiki,"
EDWIN RIVERA,                           :
      a/k/a "Papote,"
JOSE A. RODRIGUEZ,                      :
      a/k/a "Viejo,"
OSCAR RODRIGUEZ,                        :
      a/k/a "Chang,"
      a/k/a "Chan,"                     :
ANDRES ROJAS,
      a/k/a "Conejo,"                   :
JESUS SANCHEZ,
```

```
ADEL SANTANA-ZAMORA,                          :
   a/k/a "Adel Santana,"
MATTHEW SANTIAGO,                             :
   a/k/a "Dirt,"
MATTHEW WOODSTOCK STANG,"                     :
   a/k/a "Magazine Guy,"
JEROME SIMPSON,                               :
   a/k/a "Suburban,"
DANIEL VALDEZ,                                :
OMEL VAZQUEZ-PEREZ,
   a/k/a "Come Pizza,"                        :
   a/k/a "Omel,"
CHRISTOPHER VIZCAINO,                         :
   a/k/a "Christopher Viscaino,"
   a/k/a "Chuch,"                             :
   a/k/a "Pechucho,"
   a/k/a "Pechuch,"                           :

                Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - -x
```

Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offenses described in Count One through Four and Eight of the Indictment, as alleged in the Forfeiture Allegations, also includes but is not limited to the following:

    a.    all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2373 Drennon Street, Port Charlotte, Florida 33953;

    b.    all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2457 McKaig Street, Port Charlotte, Florida 33953;

    c.    all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 8217 Portal

Street, Port Charlotte, Florida 33981;

d.  all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 10045 Bay Street Drive, Port Charlotte, Florida 33981;

Dated: New York, New York
December 8, 2011

Respectfully Submitted,

PREET BHARARA
United States Attorney

By: /s/ Michael D. Lockard
MICHAEL D. LOCKARD
Assistant United States Attorney
Telephone: (212) 637-2193