UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF THE
UNITED STATES OF AMERICA FOR AN ORDER
AUTHORIZING THE RESTRICTED DISCLOSURE
OF INTERCEPTED COMMUNICATIONS AND THE | APPLICATION AND ORDER
UNSEALING OF THE APPLICATIONS, ORDERS,
AND RECORDS PERTAINING THERETO.

---

1. The United States of America, by and through Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. McCallum, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order, pursuant to the provisions of Sections 2510-2521 of Title 18, United States Code, authorizing the disclosure, for the limited purposes of producing discovery pursuant to Federal Rule of Criminal Procedure 16(a), use in criminal complaints and search warrant affidavits, detention hearings, pre-trial discovery, pre-trial preparation and proceedings, and use during trial, of certain recordings of intercepted wire communications and the unsealing of the applications, orders, and reports relating thereto, specifically:

    a. The Orders (and accompanying Applications and Affidavits) authorizing interception of wire communications occurring over the cellular telephones assigned the following call numbers: and 646-228-6243 and 917-731-1321.

    b. Copies of audio recordings made of communications intercepted pursuant to the above Orders;

    c. Line sheets and logs relating to

interceptions made pursuant to the above Orders;

        d.   Periodic reports and other orders relating to the above-referenced Orders.

    2.   The Government further requests that the original wiretap recordings remain under seal until further order of the Court or another judge of competent jurisdiction.

Dated:    New York, New York
            December 13, 2011

                        PREET BHARARA
                        United States Attorney
                        Southern District of New York

By:   /s/ Sarah E. McCallum
      Sarah E. McCallum
      Assistant United States Attorney
      Southern District of New York
      Tel. Number:  (212) 637-1033

IT IS SO ORDERED:

Dated:    New York, New York
            December 14, 2011

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK