

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 03 2012

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**MEMO ENDORSED**

RECEIVED
DEC 29 2011
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

    Re:   <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.,</u>
           S12 10 Cr. 905 (LTS)

Dear Judge Swain:

      We write pursuant to the Court's request to set forth the schedule for the February 2012 pretrial conferences in the above-captioned case. Accordingly, attached please find sheets containing the names of the defendants and of current defense counsel, as well as information regarding each defendant's current custody status and whether each defendant requires an interpreter, for conferences scheduled by the Court for February 15, 2012, at 12:30 p.m.; February 15, 2012, at 4:30 p.m.; and February 16, 2012, at 4:30 p.m.;

*Attendance for the conferences will be as reflected on the attached sheets.*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

SO ORDERED.
NEW YORK, NY
Jan 3, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: /s/ Amie N. Ely
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

Encl.

CC:    All defense attorneys (by email).

## Feb. 15, 2012, 12:30 p.m. Conference:
## U.S. v. <u>Manuel Rodriguez-Perez, et al.</u>, S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Betancourt, Jose | Peter Raben | N | N |
| 2  | Burke, Kareem | Joseph Aaron Bondy | N | N |
| 3  | Cerda, Miguel | Barry Weinstein | N | N |
| 4  | Fernandez, Daniel | David Raben | N | N |
| 5  | Herrera, Edwing | James Roth | N | Y |
| 6  | Herrera, Isidro | Ryan Blanch/ Ed McQuat | N | Y |
| 7  | Perez, Jose | Scott Brettschneider | Y | Y |
| 8  | Perez, Leodis | Paul McAllister | N | N |
| 9  | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 10 | Quezada, Victor | Anthony Ricco | N | Y |
| 11 | Reyes, Michael Angelo | Patrick Brackley | N | N |
| 12 | Rojas, Andres | Mark Cohen | Y | Y |
| 13 | Sanchez, Jesus | Jonathan Marks | N | Y |

## Feb. 15, 2012, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 2  | Jimenez, Estalin | Luis Diaz | Y | N |
| 3  | Jimenez-Padilla, Ricardo | Elizabeth Fink | N | N |
| 4  | Leonardo, Francisco | Toni Messina | Y | Y |
| 5  | Matos, Abel | Lou Freeman | N | N |
| 6  | Martinez, Robert | Kelley Sharkey | N | N |
| 7  | Mena-Hernandez, Idael | Hector Flores | Y | N |
| 8  | Nunez, Erick | Michael Gilbert | N | Y |
| 9  | Rivera, Edwin | Paul Brenner | N | N |
| 10 | Rodriguez, Oscar | Christopher Booth | Y | N |
| 11 | Simpson, Jerome | Bruce Kaye | N | N |
| 12 | Lopez, Jimmy | Daniel Welch | N | Y |

## Feb. 16, 2012, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Castillo, Jenny | Gary Villanueva | N | N |
| 2  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 3  | Falcon, Javier | Don Duboulay | Y | Y |
| 4  | Locier, Andy | Scott Tulman | N | N |
| 5  | Lopez, Jimmy | Daniel Welsh | N | Y |
| 6  | Martinez, Michael | Howard Jacobs | N | N |
| 7  | Matos, Nelson | Ernest Hammer | Y | N |
| 8  | Pimentel, Ricardo | Sean Maher | N | Y |
| 9  | Rodriguez, Jose | Dan Nobel | Y | Y |
| 10 | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 11 | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |
| 12 | Stang, Matthew | Marvin Schechter | N | N |
| 13 | Valdez, Daniel | Joshua Dratel | N | Y |