UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                                No. 10 Crim. 905 (LTS)

MANUEL RODRIGUEZ-PEREZ et al.,

        Defendants.

-------------------------------------------------------------X

## ORDER

The deadline for filing of motions to sever is hereby extended to March 9, 2012. There is no need to initiate such motion practice at this juncture.

SO ORDERED.

Dated: New York, New York
      January 23, 2012

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge