



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

April 18, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 0 2012

By Hand And By Email

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York  10007

**MEMO ENDORSED**

Re:   United States v. Manuel Geovanny Rodriguez-Perez, et al.,
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

      We write pursuant to the Court's Order dated April 16, 2012. At the Court's direction, we contacted defense counsel in the April 25 conferences to request that they select either April 24, at 3:30 p.m. or April 26, at 10:30 a.m. as the time for their conference. In the attached sheets, we have assigned the defense counsel who responded to our request to the times that counsel requested, and have assigned defense counsel who did not respond to an available time, for conferences scheduled by the Court for April 24, 2012, at 12:30 p.m.; April 24, 2012, at 3:30 p.m.; and April 26, 2012, at 10:30 a.m.

*The conferences and attendance are hereby scheduled as detailed in the attachment.*

SO ORDERED.
NEW YORK, NY
April 20, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:  Amie N. Ely
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

Encl.

CC:   All defense attorneys (by email).

April 24, 2012, 12:30 p.m. Conference:
U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Betancourt, Jose | Peter Raben | N | N |
| 2  | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 3  | Espinal, Jose | Robert Gottlieb | N | N |
| 4  | Fernandez, Daniel | David Raben | N | N |
| 5  | Jimenez, Estalin | Luis O. Diaz | Y | N |
| 6  | Mena-Hernandez, Idael | Hector Flores | Y | N |
| 7  | Rivera, Edwin | Paul Brenner | N | N |
| 8  | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 9  | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |
| 10 | Simpson, Jerome | Bruce Kaye | N | N |

April 24, 2012, 3:30 p.m. Conference:
U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Castillo, Jenny | Gary Villanueva | N | N |
| 2  | Cerda, Miguel | Barry Weinstein | N | N |
| 3  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 4  | Matos, Nelson | Ernest Hammer | Y | N |
| 5  | Perez, Jose | Edgar Fankbonner | Y | Y |
| 6  | Perez, Leodis | Paul McAllister | N | N |
| 7  | Reyes, Michael Angelo | Patrick Brackley | N | N |
| 8  | Rojas, Andres | Mark Cohen | Y | Y |
| 9  | Rodriguez, Oscar | Christopher Booth | Y | N |
| 10 | Sanchez, Jesus | Jonathan Marks | N | Y |

## April 26, 2012, 10:30 a.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Herrera, Edwing | James Roth | N | Y |
| 2  | Herrera, Isidro | Ryan Blanch/ Ed McQuat | N | Y |
| 3  | Locier, Andy | Scott Tulman | N | N |
| 4  | Martinez, Michael | Howard Jacobs | N | N |
| 5  | Martinez, Robert | Kelley Sharkey | N | N |
| 6  | Matos, Abel | Lou Freeman | N | N |
| 7  | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 8  | Rodriguez, Jose | Dan Nobel | Y | Y |
| 9  | Stang, Matthew | Gorden Mehler | N | N |
| 10 | Valdez, Daniel | Joshua Dratel | N | Y |