LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com



JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

April 24, 2012

**BY FACSIMILE [(212) 805-0426]**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Daniel Valdez,*
       S12 10 Cr. 905 (LTS)

Dear Judge Swain:

   This letter is submitted on behalf of Daniel Valdez, whom I represent by CJA appointment in the above-entitled matter, regarding the group status conferences scheduled in this case for this week. In light of the fact that Mr. Valdez has reached a plea agreement with the government, and will enter his plea this Friday, April 27, 2012, it is respectfully requested that Mr. Valdez and counsel be excused from this week's conferences, with the exception of Friday's scheduled appearance for his plea allocution. I have spoken with Assistant United States Attorney Amie Ely and she informed me that the government consents to this request.

   Accordingly, it is respectfully requested that Mr. Valdez be excused from this week's group conferences.

The request is granted.

SO ORDERED.
NEW YORK, NY
April 26, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Joshua L. Dratel

JLD/lal
cc:   Assistant United States Attorney Amie N. Ely (by facsimile)