```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                    :   GOVERNMENT'S SEVENTH
                                                FORFEITURE BILL OF
                                            :   PARTICULARS
           - v. -                               21 U.S.C. § 853
                                            :
MANUEL GEOVANNY RODRIGUEZ-PEREZ,
  a/k/a "Manny,"                            :
  a/k/a "Shorty,"                               S12 10 Cr. 905 (LTS)
  a/k/a "Andres Garcia,"                    :
JOSE BETANCOURT,
KAREEM BURKE,                               :
  a/k/a "Biggs,"
JENNY CASTILLO,                             :
MIGUEL CERDA,
  a/k/a "Manganzon,"                        :
ROSEMARY DEJESUS,
  a/k/a "Rosy,"                             :
WILLIAM ALCIBIO DELGADO,
  a/k/a "Mejor,"                            :
EDGAR ENCARNACION-LAFONTAINE,
  a/k/a "Tapon,"                            :
JAVIER FALCON
DANIEL FERNANDEZ,                           :
ALFONSO GARCIA,
  a/k/a "Fonse,"                            :
  a/k/a "Fonz,"
KLEVI GUTIERREZ,                            :
  a/k/a "Black,"
EDWING ALBERTO HERRERA,                     :
  a/k/a "Edwin Alberto Herrera,"
  a/k/a "Shampoo,"                          :
ISIDRO ESMELIN HERRERA,
ESTALIN JIMENEZ,                            :
  a/k/a "Stalin,"
  a/k/a "Moyi,"                             :
RICARDO JIMENEZ-PADILLA,
  a/k/a "Gordo,"                            :
RICHARD JIMENEZ-PEREZ,
  a/k/a "Milton Delgado,"                   :
  a/k/a "Javier Ramirez-Santiago,"
JULIO CESAR LEONARDO RAMIREZ,               :
FRANCISCO LEONARDO,
  a/k/a "Chico,"                            :
ANDY LOCIER,
JIMMY LOPEZ,                                :
  a/k/a "Chuck,"
LUIS ANTONIO LUCIANO,                       :
```

```
        a/k/a "Louis Luciano,"
        a/k/a "Lucky,"                              :
    MICHAEL MARTINEZ,
        a/k/a "Miguel Doleo,"                       :
    ROBERT MARTINEZ,
    ABEL MATOS,                                     :
        a/k/a "Viejo,"
    NELSON AUGUSTO MATOS,                           :
    IDAEL MENA-HERNANDEZ,
        a/k/a "Fidel,"                              :
    ARTURO MENA-SIFONTE,
        a/k/a "La Vieja,"                           :
    ERICK FULGENICO NUNEZ,
        a/k/a "Mongolico,"                          :
        a/k/a "Eddie,"
    FRANKLIN MANUEL PACHECO-VALDEZ,                 :
    DEYANIRA PAULINO-GOMEZ,
        a/k/a "Maritza Alvarez-Cruz,"               :
    ARIEL PENA,
        a/k/a "Bin,"                                :
        a/k/a "Vin,"
    JOSE RAMON PEREZ,                               :
    LEODIS PEREZ,
        a/k/a "Leodi,"                              :
    MIRIAM PIMENTEL,
    RICARDO PIMENTEL,                               :
        a/k/a "Richardo Pimentel,"
        a/k/a "Zook,"                               :
        a/k/a "Scarface,"
    VICTOR QUEZADA,                                 :
        a/k/a "Jose Hiram Quintero-Callejas,"
    EMMANUEL RAMIREZ,                               :
        a/k/a "Titi,"
    LETICIA RAPOSO,                                 :
        a/k/a "La Rubia,"
    MICHAEL ANGELO REYES,                           :
        a/k/a "Kiki,"
    EDWIN RIVERA,                                   :
        a/k/a "Papote,"
    JOSE A. RODRIGUEZ,                              :
        a/k/a "Viejo,"
    OSCAR RODRIGUEZ,                                :
        a/k/a "Chang,"
        a/k/a "Chan,"                               :
    ANDRES ROJAS,
        a/k/a "Conejo,"                             :
    JESUS SANCHEZ,
```

```
ADEL SANTANA-ZAMORA,                      :
   a/k/a "Adel Santana,"
MATTHEW SANTIAGO,                         :
   a/k/a "Dirt,"
MATTHEW WOODSTOCK STANG,"                 :
   a/k/a "Magazine Guy,"
JEROME SIMPSON,                           :
   a/k/a "Suburban,"
DANIEL VALDEZ,                            :
OMEL VAZQUEZ-PEREZ,
   a/k/a "Come Pizza,"                    :
   a/k/a "Omel,"
CHRISTOPHER VIZCAINO,                     :
   a/k/a "Christopher Viscaino,"
   a/k/a "Chuch,"                         :
   a/k/a "Pechucho,"
   a/k/a "Pechuch,"                       :

                    Defendants.           :
- - - - - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offenses described in Counts One through Four and Eight of the Indictment, as alleged in the Forfeiture Allegations, also includes but is not limited to the following:

      a.   approximately $48,500 in United States currency seized on or about April 17, 2012 from Daniel Perla;

Dated:     New York, New York
            May 30, 2012

                                  Respectfully Submitted,

                                  PREET BHARARA
                                  United States Attorney

            By:    _____
                    MICHAEL D. LOCKARD
                    Assistant United States Attorney
                    Telephone: (212) 637-2193