USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JUN 19 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA                   :    ORDER
                                           :
        - v. -                             :    S12 10 Cr. 905 (LTS)
                                           :
MANUEL GEOVANNY RODRIGUEZ-PEREZ, et al.,   :    S20 10 Cr. 905 (LTS)
                                           :
                Defendants.                :
- - - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States of America, by and through Assistant United States Attorney Amie N. Ely, and with the consent of the defendants in the above-captioned case, by and through their respective counsel, it is hereby ORDERED that the time between the date of this Order and the date of second of the next scheduled conferences, September 13, 2012, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will permit certain defendants to discuss the potential for an early disposition of the matter, and will allow the remaining defendants to determine if they wish to file any additional motions, including motions to sever their trial(s) from their co-defendant(s).

It is hereby ORDERED that the dates for the next conferences in the above-captioned case are September 12, 2012, at 2:30 p.m., and September 13, 2012, at 11:00 a.m. The deadline for initiation of severance motions is extended to September 28, 2012. /s/

Dated:   New York, New York
         June 19, 2012

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE