59529-SPM

## Request for Adjournment

**To:**    Honorable Laura Taylor Swain
           U.S. District Judge

**From:** Susan P. Matthews
          Senior U.S. Probation Officer

**Re:**    Valdez, Daniel
           DKT.# 10 CR 905-51(LTS)

**Date:**   July 16, 2012

**AUSA:** Amie Ely

**Offense:**
Ct. 1: Conspiracy to Distribute Marihuana
(21 USC 846)
Ct. 2: Offense Committed While on Release
(18 USC 3147)

**Current Sentence Date:** August 8, 2012

**Defense Counsel:** Joshua Dratel

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

An adjournment is requested for the following reason:

The undersigned officer was recently out of the office for several days in order to care for a family memeber who had recently undergone surgery. As such, additional time is needed to prepare and disclose the Presentence Report in a timely manner. As such the Probation Office requests a new date of sentence of approximately four weeks from the current date of sentence, specifically on or after September 8, 2012.

Neither the Assistant U. S. Attorney nor defense counsel has an objection to this adjournment request.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2012
```

NY 201
(Rev.3/98)

Valdez, Daniel                                                    59529/S.P. Matthews

- 2 -

It is requested that Your Honor indicate the Court's decision as provided on the following page.  Counsel will be notified of the Courts' decision by copy of this form.

Respectfully submitted,

MICHAEL J. FITZPATRICK
Chief U.S. Probation Officer

By: _____

Susan P. Matthews
Senior U.S. Probation Officer
(212) 805-5170

Approved by:

7/16/12

Thomas E. Mixon          Date
Supervising U.S. Probation Officer

NY 201
(Rev.3/98)

Valdez, Daniel                                                    59529/S.P. Matthews

- 3 -

AN ADJOURNMENT IS GRANTED:  ✓

IF APPROVED, NEW DATE OF SENTENCE  9|27|12  TIME & ROOM  11:00 Am   Courtroom 11C

REQUEST IS DENIED _____

OTHER: _____


___7|17|12___
         DATE

HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE


cc:   Amie Ely
      Assistant U.S. Attorney

      Joshua Dratel
      2 Wall Street, 3rd Floor
      New York, NY 10005


NY 201
(Rev.3/98)