

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2012

August 31, 2012

MEMO ENDORSED

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

    Re:    **United States v. Manuel Geovanny Rodriguez-Perez, et al.,**
            S12 10 Cr. 905 (LTS)
            S31 10 Cr. 905 (LTS)

Dear Judge Swain:

        We write to request a conference date of September 14, 2012, at noon, for the defendants charged with racketeering and other charges in S31 10 Cr. 905 (LTS). Your Honor's chambers have advised us this date and time is available on the Court's calendar, and it will work for most, if not all, of the defense attorneys representing the racketeering defendants. We have also contacted defense counsel whose clients are charged in S12 10 Cr. 905 (LTS), for which the Court previously set dates of September 12, 2012, at 2:30 p.m., and September 13, 2012, at 11:00 a.m., to schedule those conferences. For all three conference dates, we have enclosed a list of the defendants, their counsel, whether Spanish interpreters are needed, and the defendants' custody status.

*The conference dates and attendance rosters are approved. The Court thanks counsel for their cooperation.*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _/s/ Amie N. Ely_
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

SO ORDERED.
NEW YORK, NY
Sept 7, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Encl.
CC:    All defense attorneys (by email).

## September 12, 2012, 2:30 p.m. Conference:
## U.S. v. <u>Manuel Rodriguez-Perez, et al.</u>, S12 10 Cr. 905 (LTS)

|   | Defendant | Counsel | Interpreter? | In Custody? |
|---|---|---|---|---|
| 1 | Betancourt, Jose | Peter Raben | N | N |
| 2 | Fernandez, Daniel | David Raben | N | N |
| 3 | Martinez, Michael | Howard Jacobs | N | N |
| 4 | Mena-Hernandez, Idael | Hector Flores | N | N |
| 5 | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 6 | Reyes, Michael | Patrick Brackley | N | N |
| 7 | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |
| 8 | Stang, Matthew | Gordon Mehler | N | N |

September 13, 2012, 11:00 a.m. Conference:
U.S. v. <u>Manuel Rodriguez-Perez, et al.</u>, S12 10 Cr. 905 (LTS)

|   | Defendant | Counsel | Interpreter? | In Custody? |
|---|-----------|---------|--------------|-------------|
| 1 | Cerda, Miguel | Barry Weinstein | N | N |
| 2 | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 3 | Jimenez, Estalin | Luis O. Diaz | Y | N |
| 4 | Martinez, Robert | Kelley Sharkey | N | N |
| 5 | Perez, Leodis | Paul McCallister | N | N |
| 6 | Rojas, Andres | Mark Cohen | Y | Y |
| 7 | Simpson, Jerome | Bruce Kaye | N | N |

## September 14, 2012, Noon Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S31 10 Cr. 905 (LTS)

|   | Defendant | Counsel | Interpreter? | In Custody? |
|---|---|---|---|---|
| 1 | Cantres-Sanjurjo, Felipe | * | Y | Y |
| 2 | Cantres-Sanjurjo, Miguel | Donald Yannella | Y | Y |
| 3 | Espinal, Jose | Robert Gottlieb | N | N |
| 4 | Jones, Theodore | Patrick Joyce | N | Y |
| 5 | Rodriguez, Jose | Dan Nobel | Y | Y |
| 6 | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 7 | Rodriguez, Orlando | * | Y | Y |
| 8 | Rodriguez, Oscar | Christopher Booth | N | N |
| 9 | Sanchez, Jesus | Jonathan Marks | N | Y |

*Defendant not in SDNY as of 8/31/12*