USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 5 2012

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

September 20, 2012

**BY FACSIMILE [(212) 805-0426]**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Daniel Valdez,*
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

This letter is submitted on behalf of Daniel Valdez, whom I represent by CJA appointment in the above-entitled matter, in regard to his sentencing, which was just today rescheduled by the Court for October 25, 2012. As set forth in my September 19, 2012, letter to the Court, I will not be available for sentencing on the appointed date because I am scheduled to be out of the country beginning October 22, 2012, for a two-week period, to conduct Rule 15 depositions in *United States v. Basaaly Moalin,* 10 Cr. 4246 (JM). It is respectfully requested that the Court adjourn Mr. Valdez's sentencing until November 9, 13, or 14, 2012, dates which my associate Lindsay A. Lewis, Esq., informed me may be available to the Court based on her phone call with chambers on this matter that took place earlier today.

In addition, Ms. Lewis received a voicemail from Assistant United States Attorney Jessica Ortiz, informing her that the government consents to the adjournment of Mr. Valdez's sentencing.

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
September 20, 2012
Page 2 of 2

Accordingly, it is respectfully requested that the Court adjourn Mr. Valdez's sentencing until November 9, 13, or 14, 2012, at a time convenient for the Court.

Respectfully Submitted,

Joshua L. Dratel

JLD/lal
cc:   Assistant United States Attorney Amie N. Ely (by facsimile)

The sentencing is adjourned to November 14, 2012, at 3:30 pm.

SO ORDERED.

NEW YORK, NY
Sept 24, 2012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE