```
------------------- x
UNITED STATES OF AMERICA        :   **NOTICE OF APPEARANCE AND**
                                    **REQUEST FOR ELECTRONIC**
        - v. -                  :   **NOTIFICATION**

MANUEL GEOVANNY RODRIGUEZ-PEREZ,:
et al.,                             No. 10 Cr. 905 (LTS)
                                :
        Defendants.
------------------- x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York

                          by:   /s/ Emil J. Bove III
                                Emil J. Bove III
                                Assistant United States Attorney
                                (212) 637-2444

Cc:     Counsel of Record
        (Via ECF)