AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

| | |
|---|---|
| USA<br>Plaintiff (s),<br>V.<br>Daniel Fernandez<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 10-CR-905-02 (LTS) |

Notice is hereby given that, subject to approval by the court, __Daniel Fernandez__ substitutes
(Party (s) Name)

__Marc Fernich (as cocounsel with Susan Wolfe)__, State Bar No. __2472595__ as counsel of record in
(Name of New Attorney)

place of __David Raben, Esq./Robbins Tunkey Ross Amsel Raben & Waxman__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Marc Fernich
Address: 810 Seventh Ave. Suite 620 New York, NY 10019
Telephone: (212) 446-2346          Facsimile (212) 459-2299
E-Mail (Optional): maf@fernichlaw.com

I consent to the above substitution.
Date: 10/22/13
*Daniel Fernandez*
(Signature of Party (s))

I consent to being substituted.
Date: 10/22/13
*David Raben (MAF)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/22/13
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]