≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| USA<br>Plaintiff (s),<br>V.<br>Daniel Fernandez<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 10 CR 905-02 (LTS) |

Notice is hereby given that, subject to approval by the court, __Daniel Fernandez__ substitutes
(Party (s) Name)

__Susan C. Wolfe (as co-counsel with Marc Fernich)__, State Bar No. __1981042__ as counsel of record in
(Name of New Attorney)

place of __David Raben, Esq./Robbins Tunkey Ross Amsel Raben & Waxman__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Hoffman & Pollok, LLP
- Address: 260 Madison Ave. Fl. 22 New York, NY 10016
- Telephone: (212) 679-2900    Facsimile (212) 679-1844
- E-Mail (Optional): scwolfe1@aol.com

I consent to the above substitution.
Date: 10/22/13
_Daniel Fernandez_
(Signature of Party (s))

I consent to being substituted.
Date: 10/22/13
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/22/13
_Susan C. Wolfe_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]