AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 10 CR 905-02 (LTS) |
| Daniel Fernandez | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Fernandez, with cocounsel Susan Wolfe                                                                                    .

Date:    10/22/2013                                              /s/
                                                         *Attorney's signature*

                                                    Marc Fernich (MF9819)
                                                 *Printed name and bar number*

                                                    810 Seventh Avenue
                                                         Suite 620
                                                    New York, NY 10019

                                                           *Address*

                                                    maf@fernichlaw.com
                                                      *E-mail address*

                                                       (212) 446-2346
                                                     *Telephone number*

                                                       (212) 459-2299
                                                        *FAX number*