UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

        v.

MANUEL GEOVANNY RODRIGUEZ-
   PEREZ, et al.

        *Defendants*.

------------------------------------------------------------X

S31 10 Cr. 905 (LTS)

ECF Case

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   */s/ Eun Young Choi*

Eun Young Choi
Assistant United States Attorney
Southern District of New York
Tel:  (212) 637-2187
Fax:  (212) 637-2443
Email:  Eun.Young.Choi@usdoj.gov

Cc:  Counsel of Record (via ECF)