UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v.-

RODRIGUEZ-PEREZ, ET AL.,

                Defendants.

ECF CASE

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION

10 Cr. 905 (LTS)

To:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

              By:    s/ Jason Masimore_____
                          Jason A. Masimore
                          Assistant United States Attorney
                          Tel.: 212-637-2580
                          Fax: 212-637-0086
                          e-mail: Jason.Masimore@usdoj.gov