UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>RODRIGUEZ-PEREZ, ET AL.,<br><br>               Defendants. | ECF CASE<br><br>NOTICE OF APPEARANCE AND REQUEST<br>FOR ELECTRONIC NOTIFICATION<br><br>10 Cr. 905 (LTS) |

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York


                                   By:    s/ Andrew C. Adams
                                          Andrew C. Adams
                                          Assistant United States Attorney
                                          Tel.: 212-637-2340
                                          Fax: 212-637-0421
                                          e-mail: Andrew.Adams@usdoj.gov