UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                          :

UNITED STATES OF AMERICA

                                                          :

      - v. -

                                                          :

MANUEL GEOVANNY RODRIGUEZ-PEREZ,
  a/k/a "Manuel Rodriguez,"
  a/k/a "Andres Garcia,"                                      GOVERNMENT'S TENTH
  a/k/a "Manny,"                                                    :          FORFEITURE BILL OF
  a/k/a "Shorty,"                                                     PARTICULARS
  a/k/a "El Monstro,"                                          :          21 U.S.C. § 853
ORLANDO RODRIGUEZ,
  a/k/a "Ramon A. Perez,"                                  :          S31 10 Cr. 905 (LTS)
  a/k/a "Luca,"
  a/k/a "Lucas,"                                                    :

                        Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the racketeering, controlled substance, money laundering, bank fraud, and interstate and foreign transportation in aid of racketeering offenses described in Counts One through Three and Twenty-Six through Thirty-Three of the Indictment, as alleged in the Forfeiture Allegations, also includes but is not limited to the following:

                a.     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 33, DC 125, La Vega, Provence La Vega, Republica Dominicana;

                b.     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 19, DC 12, Sublots a & b, La Vega, Provence La Vega, Republica Dominicana;

c. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 133-A, DC 29, La Vega, Provence La Vega, Republica Dominicana;

d. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as the property Assigned Cadastral Designation 313336392459, La Vega, Provence La Vega, Republica Dominicana;

e. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 57, DC 4, La Vega, Provence La Vega, Republica Dominicana;

f. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 58, DC 4, La Vega, Provence La Vega, Republica Dominicana;

g. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 84, DC4, La Vega, Provence La Vega, Republica Dominicana;

h. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 85, DC 4, La Vega, Provence La Vega, Republica Dominicana;

i. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 72-A-14, DC 3, Condominium Torre Imperial House, Apt. 10, Santo Domingo, Republica Dominicana;

j. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as the property Assigned Cadastral Designation 400401882578, A-9 Calle Paseo de los Locutores, No.47, Sector Evaristo, Morales Distrito Nacional Santo Domingo, Republica Dominicana;

k. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements,

known and described as Licenciado Malaquias Gil No. 8 Serralles Sector, Santo Domingo, Republica Dominicana;

l.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 1, DC 12, La Vega, Provence La Vega, Republica Dominicana;

m.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 94, B-1 ,DC 3, La Vega, Provence La Vega, Republica Dominicana;

n.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 163, DC 3, La Vega, Provence La Vega, Republica Dominicana;

o.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 93, DC 3, La Vega, Provence La Vega, Republica Dominicana;

p.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as the property assigned Cadastral Designation 313390450783 DC 3, La Vega, Provence La Vega, Republica Dominicana;

q.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 18, DC 12 (Cadastral Designation 313367085922), La Vega, Provence La Vega, Republica Dominicana;

r.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Seccion Arroyo Hondo Arriba Manga Larga (Cadastral Designation 313358732559), La Vega, Provence La Vega, Republica Dominicana;

  s. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 15, DC 12, La Vega, Provence La Vega, Republica Dominicana;

  t. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 30, DC 125, La Vega, Provence La Vega, Republica Dominicana.

Dated: New York, New York
    March 12, 2014

                Respectfully Submitted,

                PREET BHARARA
                United States Attorney

          By: _____
                ANDREW C. ADAMS
                Assistant United States Attorney
                Telephone: (212)637-2340