UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
|  | ) **10 Cr. 905 (LTS)** |
| RODRIGUEZ-PEREZ et al., | ) |
|  | ) |
| Defendants. | ) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA

United States Attorney for the
   Southern District of New York

by: ____/s/_____
    Micah W. J. Smith
    Assistant United States Attorney
    (212) 637-2439

TO:   Defense Counsel (by ECF)